**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM TALLEY & ANN TALLEY,**
**individually and as parents to minor son,**
**Harrison Talley,**

           **Plaintiffs,**

**-vs-**                                             **Case No. 6:05-cv-1208-Orl-31JGG**

**AMERICAN HOME PRODUCTS,**
**AVENTIS PASTEUR, INC., BAXTER**
**INTERNATIONAL, INC., ELI LILLY &**
**COMPANY, GDL INTERNATIONAL,**
**INC., GLAXOSMITHKLINE,**
**GLAXOSMITHKLINE BELGIUM,**
**MERCK & CO., INC., SIGMA-ALDRICH,**
**INC., SPECTRUM CHEMICAL**
**MANUFACTURING, and JOHN DOE**
**CORPORATE DEFENDANTS 1-10,**

           **Defendants.**

_____

## ORDER

Plaintiffs' William and Ann Talley, individually and as parents of their minor son, Harrison Talley, have sued various Defendants for injuries allegedly sustained by Harrison Talley resulting from the administration of a vaccine containing thimerosal. Certain Defendants have moved to dismiss the Complaint (Docs. 19 and 25). Plaintiffs have not responded, and the Motions are therefore unopposed.

It appears that the claims of Harrison Talley are covered by the National Childhood Vaccine Injury Compensation Act, 42 U.S.C. section 300aa-1, *et seq.* This Act requires persons allegedly injured by vaccines to first pursue a remedy before a specially-constituted court of the

United States Court of Federal Claims.  42 U.S.C. section 300aa-11(a)(2)(A).  Failure to do so requires dismissal of the premature claims.  42 U.S.C. section 300aa-11(a)(2)(B).

Furthermore, Plaintiffs' derivative claims are likewise unripe for adjudication in this Court, until the Act's compensation remedy is exhausted.  Finally, Plaintiffs' remaining claims (breach of warranty, intentional infliction of emotion distress, fraud, battery and violation of FDUPTA) fail to state claims upon which relief may be granted.  Accordingly, it is

**ORDERED** that said Motions are GRANTED.  Plaintiffs' Complaint is DISMISSED, without prejudice, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 13, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party